JS-6

S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
AMIR A. AMINI (CA Bar No. 227377)
aamini@AlvaradoSmith.com
A<span>LVARADO</span>S<span>MITH</span>
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CALIFORNIA RECONVEYANCE COMPANY;
BANK OF AMERICA, N.A., SUCCESSOR BY
MERGER TO LASALLE BANK, N.A., AS
TRUSTEE FOR WASHINGTON MUTUAL
ASSET-BACKED CERTIFICATES WMABS
SERIES 2007-HE2; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ARAGON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA RECONVEYANCE COMPANY; LA SALLE BANK, N.A., as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2007-HE2; WMC Mortgage Corp; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (mers)<br><br>Does 1 through 10,<br><br>    Defendants. | **CASE NO.:** SACV12-00320 DOC(ANx)<br><br>**Honorable David O. Carter**<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE AFTER FAILURE TO AMEND IN ACCORDANCE WITH COURT ORDER**<br><br>**ACTION FILED:** March 1, 2012 |

///

///

///

1
**JUDGMENT**

3244208.1 -- AL109.2793

The Court, having granted the Motion to Dismiss of defendants California Reconveyance Company ("CRC"); Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2007-HE2 ("LaSalle"); and Mortgage Electronic Registration Systems, Inc. ("MERS" and collectively "Defendants") on June 14, 2012 and which Order instructed plaintiff Raymond Aragon ("Plaintiff") to file an amended complaint by no later than July 9, 2012, or the action will be dismissed with prejudice,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

1. Plaintiff's Complaint as against Defendants CRC, LaSalle and MERS is dismissed in its entirety with prejudice.
2. Judgment is entered in favor of Defendants CRC, LaSalle and MERS.
3. Judgment is entered against Plaintiff with respect to his causes of action against Defendants CRC, LaSalle and MERS.
4. Plaintiff shall take nothing against Defendants CRC, LaSalle and MERS.
5. Defendants CRC, LaSalle and MERS may file a Memorandum of Costs.

DATED: July 17, 2012

*David O. Carter*

HON. DAVID O. CARTER
United States District Court Judge